# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2006

Clifford W. Taylor,
Chief Justice

129152(64)
129154(89)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CEDRIC PIPES,
      Defendant-Appellee.

_____

SC    129152
CoA  247718
Wayne CC  02-05202

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JULIAN DALE KEY,
      Defendant-Appellee.

_____

SC    129154
CoA  247719
Wayne CC  02-05202

On order of the Chief Justice, the motion by plaintiff-appellant for extension to December 21, 2005 of the time for filing their brief and appendix is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2006

_____
Clerk